# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 29, 2011

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

141596(40)

CORONA CONSTRUCTION, INC.,
   Plaintiff/Counter Defendant-
   Appellee,

v

             SC: 141596
             COA: 295576
             Wayne CC: 08-109892-CK

CHERYL GRAY,
   Defendant/Counter Plaintiff-
   Appellant,
and

GREGORY GRAY and GRAY & GRAY
PRODUCTIONS, INC.,
   Defendants/Counter Plaintiffs.
_____/

   On order of the Court, the motion for reconsideration of this Court's November 22, 2010 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 29, 2011

_____
Clerk

d0321